# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KELLY JONES, § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> WILMINGTON SAVINGS FUND § <br> SOCIETY, FSB, not in its individual § <br> capacity but solely as owner trustee for § <br> VERUS SECURITIZATION TRUST § <br> 2021-R3, § <br> *Defendant* § | Case No. 1:24-CV-00374-DII |

## O R D E R

This case was removed on April 9, 2024. Dkt. 1. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 28, 2024**.

**SIGNED** on June 17, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1