**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **KELLY JONES,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:24-CV-00374-DII** |
| **WILMINGTON SAVINGS FUND** | § | |
| **SOCIETY, FSB, not in its individual** | § | |
| **capacity but solely as owner trustee for** | § | |
| **VERUS SECURITIZATION TRUST** | § | |
| **2021-R3,** | § | |
| *Defendant* | § | |

**O R D E R**

This case was removed on April 9, 2024. Dkt. 1. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant). The Court previously ordered the parties to do so on or before June 28, 2024. Dkt. 7.

**IT IS ORDERED** that the parties show cause, in writing, why they should not be sanctioned under Rule 16(f)(1)(C) for their failure to comply with the Court's June 17, 2024 Order on or before **August 2, 2024**.

**IT IS FURTHER ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **August 2, 2024**.

**SIGNED** on July 17, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1