**FILED**

August 20, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
             Julie Golden
                                              DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **KELLY JONES,** | § | |
| | § | |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WILMINGTON SAVINGS FUND** | § | **Civil Action No. 1:24-cv-374-DII** |
| **SOCIETY, FSB, NOT IN ITS** | § | |
| **INDIVIDUAL CAPACITY BUT SOLELY** | § | |
| **AS OWNER TRUSTEE FOR VERUS** | § | |
| **SECURITIZATION TRUST 2021-R3,** | § | |
| | § | |
| **Defendant/Counter-Plaintiff.** | § | |

## AGREED JUDGMENT

Plaintiff/Counter-Defendant Kelly Jones ("Plaintiff") and Defendant/Counter-Plaintiff Wilmington Savings Fund Society, FSB, not in its Individual Capacity but solely as Owner Trustee for Verus Securitization Trust 2021-R3 ("Defendant" or "WSFS" and collectively with Plaintiff the "Parties") have requested the following judgment to be entered. In light of the agreement of the Parties as expressed in this Agreed Judgment and as shown by their signatures below, it is:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims are dismissed without prejudice. It is further,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain *Texas Home Equity Fixed/Adjustable Rate Note* (the "Note") in the original principal amount of $400,000.00 payable to Recovco Mortgage Management, LLC and executed by Plaintiff. It is further,

**ORDERED, ADJUDGED AND DECREED** that that certain *Texas Home Equity Security Instrument,* which was recorded in the Official Public Records of Hays County, Texas as

Instrument No. 19003408 (hereafter "Security Instrument"), provides that Defendant as the current owner of the Note and beneficiary of the Security Instrument, in the event of a default on the obligations on the Note, with a security interest on that certain real property and improvements:

Legal Description:

LOTS 1 AND 2, BLACK KING BARTON SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 13, PAGE 305, PLAT RECORDS, HAYS COUNTY, TEXAS

Property Address:  12250 Trautwein Road, Austin, Texas 78737 (the "Property")

It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendant is the current holder and owner of the Note and beneficiary of the Security Instrument.  It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note; prejudgment interest; post-judgment interest at the Note interest rate of 7.700%; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendant or its successors or assigns, may proceed with foreclosure of the Property as provided in the Deed of Trust and section 51.002 of the Texas Property Code.  It is further,

**ORDERED, ADJUDGED AND DECREED** that any purchaser of the Property shall be vested with full title to the Property and Plaintiff will be divested of any interest he/she/they may have in the Property.  It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs are to be taxed against Plaintiff. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this judgment fully and finally disposes of all claims and parties and may be appealed.  All relief not specifically granted in this Judgment is **DENIED**. All writs and processes necessary for the enforcement of this judgment may issue.

Signed this __20th__ day of __August_____ 2024.

_____
**UNITED STATES DISTRICT JUDGE**

AGREED AND ENTRY REQUESTED:

By: */s/ Nicholas M. Frame*
**NICHOLAS M. FRAME**
Attorney in Charge
Texas Bar No. 24093448
nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
(214) 635-2650
(214) 635-2686 (Fax)
*Attorneys for Defendant Wilmington Savings Fund Society, FSB*

By: */s/ James Minerve signed with permission*
**JAMES MINERVE**
Texas Bar No. 24008692
13276 N Highway 183, Ste. 209
Austin, TX 78750
jgm@minervelaw.com
(888) 819-1440
(888) 230-6397 (Fax)
*Attorney for Plaintiff*